300014083

3006+1080 £

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 27 2024

CLERK, U.S. DISTRICT COURT
By_____
Deputy          KCB

# COMPLAINT

| | |
|---|---|
| Jeremiah Mccall | CASE NO. |
| Plaintiff, | |
| v. | Complaint for a civil case |
| Experian Information Solutions Inc | Jury Trial: ☒ Yes   ☐ No |
| Trans Union LLC | |
| Equifax Information Services LLC | 3 - 24 C V 2 4 4 1 - L |
| Defendants | |

### Introduction

1. This is a civil action for actual, statutory damages and cost brought by Jeremiah Mccall ("Plaintiff") an individual consumer, against defendants, Experian Information Solutions Inc ("Experian"), Equifax Information Solutions LLC (Equifax), and Trans Union LLC (Transunion) for violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 et seq. (hereinafter "FCRA").

### Jurisdiction

2. Jurisdiction of this court arises under 15 U.S.C § 1681(P), 15 U.S.C § 1692 K(d) and 28 U.S.C § 1391 B(2) because a substantial part of the events, omissions, or conduct giving rise to plaintiff claim occurred in this judicial district. Defendant ("Experian") and (Transunion), and (Equifax) all transact business in Dallas, Texas.

1

2

3    3. The court has supplemental jurisdiction of any state law pursuant to 28 U.S.C § 1367.

4                                          **Parties**

5    4. Plaintiff, Jeremiah Mccall is a natural person and consumer as defined by 15 U.S.C §

6    1681 a(c), residing in Dallas, Texas.

7    5. Upon information and belief, Equifax is a corporation headquartered at 1550 Peachtree

8    Street, Northwest in Atlanta Georgia.

9    5. Upon information and belief, Defendant, Experian Information Services Inc (Experian)

10   is a "Consumer Reporting Agency" with a principal address at 475 Anton Blvd, Costa Mesa, CA,

11   92626, USA

12   7. Upon information and belief, Defendant, Transunion LLC (Transunion) is a

13   "Consumer Reporting Agency" with a principal address at 555 West Adams Street, Chicago, IL,

14   60661-3719, USA

15   8. Upon information and belief, Experian, Equifax and Transunion are "consumer

16   reporting agencies", as defined in 15 U.S.C. § 168la(f). Upon information and belief, Experian,

17   Equifax, and Transunion are regularly engaged in the business of assembling, evaluating, and

18   disbursing information concerning consumers for the purpose of furnishing consumer reports, as

19   defined in 15 U.S.C. §168la(d) to third parties.

20   9. Upon information and belief, Experian, Equifax and Transunion disburses such

21   consumer reports to third parties under contract for monetary compensation, furnishing consumer

22   reports, as defined in 15 U.S.C. § 1681 a(d) to third parties.

23   10. The acts as described in this complaint were performed by defendants or on

24   defendant's behalf by its owners, officers, agents, and/or employees acting within the scope of

1 | their actual or apparent authority. As such, all references to "defendant" or their owners, agents,
2 | and/or employees.

3 | ### Introduction

4 |     11. According to 15 USC §1681a of the Fair Credit Reporting Act (FCRA), The banking
5 | system is dependent upon fair and accurate credit reporting. Inaccurate credit reports directly
6 | impair the efficiency of the banking system, and unfair credit reporting methods undermine the
7 | public confidence which is essential to the continued functioning of the banking system.

8 |     12. According to 15 USC §1681i(a)(1)(A) Subject to subsection (f) and except as
9 | provided in subsection (g), if the completeness or accuracy of any item of information contained
10 | in a consumer's file at a consumer reporting agency is disputed by the consumer and the
11 | consumer notifies the agency directly, or indirectly through a reseller, of such dispute, the
12 | agency shall, free of charge, conduct a reasonable reinvestigation to determine whether the
13 | disputed information is inaccurate and record the current status of the disputed information, or
14 | delete the item from the file in accordance with paragraph (5), before the end of the 30-day
15 | period beginning on the date on which the agency receives the notice of the dispute from the
16 | consumer or reseller.

17 |     13. According to 15 USC §1681e(a) of the FCRA every consumer reporting agency shall
18 | maintain reasonable procedures designed to avoid violations of section 1681c of this title and to
19 | limit the furnishing of consumer reports to the purposes listed under section 1681b of this title.

20 |     14. Furthermore section 15 USC§ 1681e(b) of the FCRA goes on to state that whenever a
21 | consumer reporting agency prepares a consumer report it shall follow reasonable procedures to
22 | assure maximum possible accuracy of the information concerning the individual about whom the
23 | report relates.

24 |

15. Defendant is subject to civil liability under 15 USC § 1681n for the willful noncompliance and 15 USC § 1681o for negligent noncompliance under the Fair Credit Reporting Act.

**Factual Allegations**

16. On or about May 2023, plaintiff reviewed his Experian, Equifax and Transunion consumer report.

17. In the report the Plaintiff observed multiple accounts that were reporting inaccurate and incomplete information on his Experian, Equifax and Transunion consumer report.

18. Defendant sent a dispute letter on or around July 2024 disputing the completeness and accuracy of the inaccurate accounts stated above to TransUnion, Equifax and Experian.

20. On or around August 2023, Experian sent back the results of the dispute and the accounts were "Updated" and "Verified as Accurate" however Experian continued to report the account inaccurately on the Plaintiff's consumer report.

21. On or around August of 2023, Transunion sent back the results of the dispute and the accounts were "Updated" and "Verified as Accurate" however, Transunion continued to report the account inaccurately on the Plaintiff's consumer report.

22. On or around August of 2023, Equifax sent back the results of the dispute and the accounts were "Updated" and "Verified as Accurate" however, Equifax continued to report the account inaccurately on the Plaintiff's consumer report.

23. The plaintiff has six student loan accounts that started reporting in or around 2019 with each credit reporting agency. Transunion, Equifax, and Experian are each reporting that the student loan was in a collection status from February 2020 to September of 2022. The plaintiff's student loans were paused and put into forbearance from March 13th 2020 up until Sep 1st 2023 due to Covid. The plaintiff disputed the payment history for each student loan account with each

defendant and each defendant verified each account as accurate. Furthermore Transunion, Experian, and Equifax failed to mark the accounts as being in dispute which is a violation. (See Exhibit A and B)

24. In the Plaintiff's dispute letter to the defendant Experian, the Plaintiff pointed out multiple clear inaccurate and incomplete information that the defendant was reporting. The defendant in turn sent back the dispute results verifying the account as accurate yet failing to update any of the incomplete and inaccurate information that the Plaintiff clearly pointed out. Looking at the accounts, you can clearly see the inaccuracies that the defendant is reporting. The student loans from the US Dept of Ed are reporting inaccurate and incomplete as stated in Paragraph 23. Experian is reporting an account from Verizon where the payment history is missing and not reporting any of the positive payment history, the status is missing, and it is marked as a collection account which is inaccurate. There is an account reporting from Prestige where the balance history is inaccurate, and the recent payment is incomplete. Experian had actual knowledge of these inaccuracies from the Plaintiff's dispute letter and deliberately chose to ignore and permit the reporting of the inaccurate accounts.

25. In the Plaintiff's dispute letter to the defendant Transunion, the Plaintiff pointed out multiple clear inaccurate and incomplete information that the defendant was reporting. The defendant in turn sent back the dispute results verifying the account as accurate yet failing to update any of the incomplete and inaccurate information that the Plaintiff clearly pointed out. Looking at the accounts, you can clearly see the inaccuracies that the defendant is reporting. The student loans from the US Dept of Ed are reporting inaccurate and incomplete as stated in Paragraph 23. Transunion is reporting an account from Centex Citizens which is reporting a 120 late payment in March 2018 yet in February 2018 the payment was on time which is clearly inaccurate. There is another account from Centex Credit Union that is reporting a 30 day late

payment in March 2018 then in April of 2018 it was charged off which is inaccurate as accounts are not charged off until after 90 days. There is an account from Chrysler where the payment history is inaccurate and incomplete and not reporting the positive payment history. Transunion is reporting an account from Verizon where the payment history is inaccurate and incomplete as it is not reporting any positive history, just incomplete data for every month which is misleading and lowers the Plaintiff's credit score. Transunion is reporting collections from National Credit Systems, Fair Collections, and Transworld which are inaccurate and reporting inaccurate open dates which re-ages the accounts causing them to be on the report longer than they are supposed to be.

26. In the Plaintiff's dispute letter to the defendant Equifax, the Plaintiff pointed out multiple clear inaccurate and incomplete information that the defendant was reporting. The defendant in turn sent back the dispute results verifying the account as accurate yet failing to update any of the incomplete and inaccurate information that the Plaintiff clearly pointed out. Looking at the accounts, you can clearly see the inaccuracies that the defendant is reporting. The student loans from the US Dept of Ed are reporting inaccurate and incomplete as stated in Paragraph 22. Transunion is reporting an account from Centex Citizens which is reporting a 120 late payment in March 2018 yet in February 2018 the payment was on time which is clearly inaccurate. There is another account from Centex Credit Union that is reporting a 30 day late payment in March 2018 then in April of 2018 it was charged off which is inaccurate as accounts are not charged off until after 90 days. There is an account from Chrysler where the payment history is inaccurate and incomplete and not reporting the positive payment history. Transunion is reporting an account from Verizon where the payment history is inaccurate and incomplete as it is not reporting any positive history, just incomplete data for every month which is misleading and lowers the Plaintiff's credit score. Equifax is reporting collections from National Credit

1  Systems, Fair Collections, and Transworld which all have inaccurate payment histories and are

2  not reporting the date of first delinquencies.

3      27. According to 15 U.S.C 1681i(8)(c) Notification of consumer dispute in subsequent

4  consumer reports Whenever a statement of a dispute is filed, unless there is reasonable grounds

5  to believe that it is frivolous or irrelevant, the consumer reporting agency shall, in any

6  subsequent consumer report containing the information in question, clearly note that it is

7  disputed by the consumer and provide either the consumer's statement or a clear and accurate

8  codification or summary thereof.

9      28. Transunion failed to mark the accounts from Chrysler, Centex Credit Union, US Dept

10  of Ed, and Prestige Community as being disputed by the consumer which is misleading and

11  materially lowers the Plaintiff's credit score and is a violation of 15 U.S.C 1681i(8)(c).

12      29. Equifax failed to mark the accounts from Chrysler, Centex Credit Union, US Dept of

13  Ed, and Prestige Community as being disputed by the consumer which is misleading and

14  materially lowers the Plaintiff's credit score and is a violation of 15 U.S.C 1681i(8)(c)

15      30. Transunion failed to mark the accounts from Chrysler, Centex Credit Union, US Dept

16  of Ed, and Prestige Community as being disputed by the consumer which is misleading and

17  materially lowers the Plaintiff's credit score and is a violation of 15 U.S.C 1681i(8)(c).

18      31. Transunion, Equifax, and Experian's reinvestigation results were not proper and as a

19  result they continued reporting information that is materially misleading and thus, inaccurate. See

20  *Shaw v. Experian Information Solutions, Inc.,* concluded that an item of information on a

21  consumer's credit report is "inaccurate" if it either is patently incorrect" or is "misleading in such

22  a way and to such an extent that it can be expected to adversely affect credit decisions." 891 F.3d,

23  749, 756 (9th Cir. 2018)

24

32. Each defendant verified the disputed information without account-level documentation which is a violation of the FCRA. One cannot verify information without any documentation or evidence to match with the information that each defendant is reporting. The Defendants failed to obtain and review the necessary account-level documentation to properly verify the information. Instead, they relied solely on the furnisher's data, which resulted in the continued reporting of inaccurate information on your credit report. ***See Hinkle Vs Transunion***

33. Experian, Equifax and Transunion prepared and published to third party's multiple inaccurate consumer reports about the plaintiff that contained the inaccurate and incomplete information regarding the Plaintiff despite multiple disputes which was damaging to the Plaintiff's reputation and caused him to miss out on multiple credit opportunities. (See Exhibit C)

34. The reporting of inaccurate information regarding each account in question, which is the subject of the Dispute, by Equifax, Experian and TransUnion, despite evidence proving its inaccuracy, demonstrates both defendants' failure to establish or follow reasonable procedures to ensure the maximum possible accuracy of the Plaintiff's credit reports and file.

35. Experian, Equifax and Transunion received the plaintiff's disputes, but in each case wholly and entirely failed to conduct the proper reinvestigations as required by law. Instead, they merely "parroted" the information dictated to it by the furnishers which resulted in the inaccurate information being falsely "verified" as accurate and caused great harm to the Plaintiff.

36. The defendants failed to conduct a reasonable investigation and reinvestigation into the Plaintiff's disputes.

37. The defendants failed to review and consider all relevant information submitted by Plaintiff.

38. Experian and Transunion possessed evidence that the information was inaccurate as described by Plaintiff in the Disputes; however, Experian, Equifax and Transunion failed to correct the information.

39. The defendants did not conduct any independent investigation after they each received Plaintiff's dispute and, instead, chose to parrot the information they received from the furnishers despite being in possession of evidence that the information was clearly inaccurate.

40. Without any explanation or reason, the defendants continued to report these false, inaccurate, or otherwise incomplete information, about Plaintiff.

41. On at least one occasion within the past year, by example only and without limitation, Equifax, Experian and TransUnion violated 15 U.S.C. § 1681e(b) by failing to establish or follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit reports and credit files published and maintained concerning Plaintiff.

42. Each defendants procedures were per se deficient by reason of these failures in ensuring maximum possible accuracy of Plaintiff's credit reports and credit files.

43. The Plaintiff's injury is both "particularized" and "actual," as the Plaintiff has experienced a lower credit score, credit denials, and missed opportunities to benefit from his credit due to the Defendant's failure to lawfully modify or delete the inaccurately reported accounts once they couldn't be verified.

44. The Plaintiff's injury is both "particularized" and "actual," as the Plaintiff has suffered emotional distress due to the violation of his rights. This includes the dissemination of his inaccurate consumer report to multiple third parties, the loss of opportunities to benefit from his credit, credit denials, and having to pay higher interest rates as a result of the Defendant's inaccurate reporting.

1    45. Plaintiff's injury is "particularized" and "actual" in that the conduct that deprived
2    plaintiff of their rights was directed by Defendant to Plaintiff specifically.

3    46. As a result of Experian's, Equifax and TransUnion's negligent reporting on the
4    Plaintiff's consumer report, the Plaintiff has suffered numerous damages, including but not
5    limited to statutory damages, actual damages such as a lower credit score, loss of credit
6    opportunities, credit denials, higher interest rates as a result of the lower credit score, loss of time
7    spent addressing the Defendants' violations, anxiety, humiliation, damage to reputation, mental
8    distress, and emotional distress.

9    47. The conduct, action and inaction of each defendant was willful, thereby rendering
10   Experian, Equifax and Transunion each liable for actual, statutory, and punitive damages, in an
11   amount to be determined by a judge and/or jury pursuant to 15 U.S.C. § 1681(n).

12   48. Plaintiff is entitled to recover reasonable costs and attorney's fees from each
13   defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681(n).

14

15   **Count 1 Violation of the Fair Credit Reporting Act**
16   **15 U.S.C § 1681e(b) (Equifax)(Experian)(Transunion)**

17   49. The plaintiff realleges and incorporates all other factual allegations set forth in this
18   complaint.

19   50. Equifax, Experian and Transunion violated 15 U.S.C §1681e(b) by failing to establish
20   or follow reasonable procedures to assure maximum possible accuracy in the preparation
21   of the Plaintiff's credit reports and credit file it published and maintained after the date
22   Plaintiff put the agencies on notice of the suspect and disputed inaccuracies.

23   51. Maximum possible accuracy" requires ensuring that every detail on a consumer report
24   is reported with 100% accuracy and completeness. Each defendant failed to follow

1 reasonable procedures to meet this standard, as the Plaintiff specifically disputed each

2 inaccurate and incomplete detail. Despite these specific disputes, the defendants verified

3 the accounts and continued to report the disputed information inaccurately and

4 incomplete

5 52. The appearance of the accounts on Plaintiff's credit report, namely, the accounts

6 identified by Plaintiff in Plaintiff's dispute to Equifax, Experian and Transunion, was the

7 direct and proximate result of each defendant's willful failure to maintain reasonable

8 procedures to assure the maximum possible accuracy of Plaintiff's credit report in

9 violation of the 15 U.S.C. § 1681e(b).

10 53.    As a result of each defendant's violations of 15 U.S.C 1681e(b), Mr. Mccall

11 suffered actual damages, including but not limited to: loss of credit, denial of credit, loss

12 of ability to purchase or benefit from credit, loss of time due to learning how to defend

13 against the Defendant's violation of his rights, emotional distress, anxiety, damage to

14 reputation, and other mental and physical distress.

15 54.  The violations by each defendant were willful rendering the Defendant liable for

16 punitive damages in an amount to be determined by the court pursuant to 15 U.S.C

17 1681n. In the alternative, each defendant was negligent, which entitles the plaintiff to

18 recovery under 15 U.S.C 1681o.

19 55. The plaintiff is entitled to recover actual damages, statutory damages, cost and

20 attorney's fees from each defendant in an amount to be determined by the court pursuant

21 to 15 U.S.C 1681n and 1681o.

22 **Count II Violation of the Fair Credit Reporting Act**

23 **15  U.S.C § 1681i(a)(1)(A) (Equifax)(Experian)(Transunion)**

24

56. The Plaintiff realleges and incorporates all other factual allegations set forth in this complaint.

57. Experian, Equifax and Transunion violated 15 U.S.C§ 1681i(a)(1)(A) on multiple occasions by failing to conduct a reasonable investigation to determine whether the disputed information was inaccurate and record the current status of the disputed information or delete the item from the plaintiff's credit file.

58. Each defendant violated 15 U.S.C§ 1681i(a)(1)(A) because the Plaintiff disputed each inaccurate and incomplete item being reported on his consumer report, yet the Defendant received the Plaintiff's dispute and failed to update or delete any of the clearly inaccurate items that the Plaintiff pointed out in his dispute which clearly shows they did not do a proper investigation and is a violation of 15 U.S.C§ 1681i(a)(1)(A).

59. As a result of Experian's, Equifax and TransUnion's negligent reporting on the Plaintiff's consumer report, the Plaintiff has suffered numerous damages, including but not limited to statutory damages, actual damages such as a lower credit score, loss of credit opportunities, credit denials, higher interest rates as a result of the lower credit score, loss of time spent addressing the Defendants' violations, anxiety, humiliation, damage to reputation, mental distress, and emotional distress.

60. The violations by each defendant were willful rendering the Defendant liable for punitive damages in an amount to be determined by the court pursuant to 15 U.S.C 1681n. In the alternative, each defendant was negligent, which entitles the plaintiff to recovery under 15 U.S.C § 1681o.

61. The plaintiff is entitled to recover actual damages, statutory damages, cost and attorney's fees from each defendant in an amount to be determined by the court pursuant to 15 U.S.C §1681n and 1681o.

### Count III Violation of the Fair Credit Reporting Act

### 15 U.S.C § 1681i(a)(2)(A) (Equifax)(Experian)(Transuion)

62. The plaintiff realleges and incorporates all other factual allegations set forth in this complaint.

63. Each defendant violated 15 U.S.C §1681i(a)(2)(A) on multiple occasions by failing to provide each furnisher that the plaintiff disputed with all relevant information regarding the plaintiff's disputes.

64. As a result of Experian's, Equifax and TransUnion's negligent reporting on the Plaintiff's consumer report, the Plaintiff has suffered numerous damages, including but not limited to statutory damages, actual damages such as a lower credit score, loss of credit opportunities, credit denials, higher interest rates as a result of the lower credit score, loss of time spent addressing the Defendants' violations, anxiety, humiliation, damage to reputation, mental distress, and emotional distress.

65. The violations by each defendant were willful rendering the Defendant liable for punitive damages in an amount to be determined by the court pursuant to 15 U.S.C § 1681n. In the alternative, each defendant was negligent, which entitles the plaintiff to recovery under 15 U.S.C §1681o.

66. The plaintiff is entitled to recover actual damages, statutory damages, cost and attorney's fees from each defendant in an amount to be determined by the court pursuant to 15 U.S.C 1681n and 1681o.

### Count IV Violation of the Fair Credit Reporting Act

**15 U.S.C § 1681i(a)(4)(Equifax) (Transunion)(Experian)**

67. The plaintiff realleges and incorporates all other factual allegations set forth in this complaint.

68. Transunion, Equifax and Experian violated 15 U.S.C §1681i(a)(4) by failing to review and consider all relevant information submitted by the plaintiff.

69. In the Plaintiff's dispute letter to the Defendant, the Plaintiff pointed out multiple inaccurate and incomplete information that the Defendant was reporting. The Defendants in return sent back the dispute results verifying the account as accurate yet failing to update any of the incomplete and inaccurate information that the Plaintiff clearly pointed out. (See paragraph 24-26)

70. As a result of Experian's, Equifax and TransUnion's negligent reporting on the Plaintiff's consumer report, the Plaintiff has suffered numerous damages, including but not limited to statutory damages, actual damages such as a lower credit score, loss of credit opportunities, credit denials, higher interest rates as a result of the lower credit score, loss of time spent addressing the Defendants' violations, anxiety, humiliation, damage to reputation, mental distress, and emotional distress.

71. The violations by each defendant were willful rendering the Defendant liable for punitive damages in an amount to be determined by the court pursuant to 15 U.S.C § 1681n. In the alternative, each defendant was negligent, which entitles the plaintiff to recovery under 15 U.S.C 1681o.

72. The plaintiff is entitled to recover actual damages, statutory damages, cost and attorney's fees from each defendant in an amount to be determined by the court pursuant to 15 U.S.C §1681n and 1681o.

**Count V Violation of the Fair Credit Reporting Act**

**15 U.S.C § 1681i(a)(5)(A) (Equifax)(Experian)(Transunion)**

73. The plaintiff realleges and incorporates all other factual allegations set forth in this complaint.

74. Experian and Transunion violated 15 U.S.C §1681i(a)(5)(A) by failing to promptly delete the disputed inaccurate items of information from the plaintiff's credit file or modify the item of information upon a lawful reinvestigation.

75. As a result of Experian's, Equifax and TransUnion's negligent reporting on the Plaintiff's consumer report, the Plaintiff has suffered numerous damages, including but not limited to statutory damages, actual damages such as a lower credit score, loss of credit opportunities, credit denials, higher interest rates as a result of the lower credit score, loss of time spent addressing the Defendants' violations, anxiety, humiliation, damage to reputation, mental distress, and emotional distress.

76. The violations by each defendant were willful rendering the Defendant liable for punitive damages in an amount to be determined by the court pursuant to 15 U.S.C §1681n. In the alternative, each defendant was negligent, which entitles the plaintiff to recovery under 15 U.S.C 1681o.

77. The plaintiff is entitled to recover actual damages, statutory damages, cost and attorney's fees from each defendant in an amount to be determined by the court pursuant to 15 U.S.C §1681n and 1681o.

WHEREFORE, Plaintiff demands judgment for actual, statutory and punitive damages against Defendant, for their attorneys' fees and costs; for prejudgment and post-judgment interest at the

1    judgment rate, and such other relief the Court deems just and proper. TRIAL BY JURY IS

2                                          DEMANDED

3

4

5    Date:        09/23/2024

                              YOUR NAME: Jeremiah Mccall

6

7                              YOUR ADDRESS: 2045 S Forum Dr Apt          4211 Grand
                              Prarie, Tx 75052

8                              CELL NUMBER: 469-404-2061

9                                          EMAIL: Mccallinfo1993@gmail.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Home > ... > COVID-19 Emergency Relief and Federal Student Aid

On This Page

Payment Pause and 0% Interest

Income-Driven Repayment

Public Service Loan Forgiveness (PSLF)

Students In School

Defaulted Loans

Additional Resources and Information

# COVID-19 Emergency Relief and Federal Student Aid

The U.S. Department of Education's COVID-19 relief for student loans has ended. The 0% interest rate ended Sept. 1, 2023, and payments restarted in October.

<div style="text-align:center">

**Restarting Student Loan Payments**

</div>

Never made student loan payments before? Learn what's involved and how to get ready.

Repaying for the First Time

## Payment Pause and 0% Interest

If your loans were eligible we automatically paused your loan payments and set your interest rate to 0% from March 13, 2020, until Sept. 1, 2023. This payment pause is also known as an administrative forbearance.

You can no longer get refunds for payments you made during the COVID-19 payment pause. The refund benefit ended on Aug. 28, 2023.

### When will I have to resume loan payments?

For most borrowers, your first payment will be due in October 2023. You'll get your bill, with your payment amount and due date, at least 21 days before your due date.

### Which loans were eligible for the COVID-19 emergency relief?

Hi there! I'm Aidan®, the financial aid virtual assistant. How can I help you today?

**Eligible**

- Direct Loans (defaulted and nondefaulted)
- Federal Family Education Loan (FFEL) Program loans held by ED (default
- Federal Perkins Loans held by ED (defaulted and nondefaulted)
- Defaulted FFEL Program loans not held by ED
- Defaulted HEAL loans

Help with the FAFSA® form

Login (FSA ID) issues

I want my loan and grant info

I have a different question

**Ineligible**

- Nondefaulted FFEL Program loans not held by ED
- Federal Perkins Loans not held by ED (defaulted and nondefaulted)
- Nondefaulted HEAL loans
- Private student loans



Some FFEL Program and HEAL loans are held by commercial lenders. Some Perkins Loans are held by the school you attended.

Private student loans were not eligible for the payment pause. ED does not have legal authority over private student loans.

## What happened to my auto pay during the pause? 

Auto pay was automatically suspended when the payment pause began. Most borrowers will need to **reenroll** to use auto pay. Sign up for auto pay on your servicer's website.

## What will happen to unpaid interest at the end of the payment pause? 

Now that the payment pause has ended, you are responsible for repaying both your loan principal and any unpaid interest. In some circumstances (such as at the end of a deferment period for PLUS and Unsubsidized Direct Loans), unpaid interest is capitalized (added to your loan principal balance). However, no interest will capitalize until at least 6 months after the payment pause.

For example, say you got a deferment on your loans that ends four months after the payment pause end date. In this case, unpaid interest that accrued during the deferment won't capitalize. But if you got a deferment that ends six months or more after the payment pause end date, unpaid interest will capitalize at the end of the deferment.

# Income-Driven Repayment

Payments that were paused for COVID-19 count toward IDR forgiveness if you were on an IDR plan during the COVID-19 payment pause.

## When do I have to recertify my IDR plan? 

## How do I change my payment amount on IDR?

# Public Service Loan Forgiveness (PSLF)

Payments that were paused for COVID-19 count toward PSLF and TEPSLF as long as you met all other [PSLF qualifications](). You will get credit as though you made monthly payments during the payment pause.

To see these qualifying payments in your account, you must submit a PSLF form c                  Hi there! I'm Aidan®, the financial
pause time period. Your count of qualifying payments toward PSLF updates only v          aid virtual assistant. How can I
                                                                                          help you today?

## How do I certify my employment for PSLF?

# Students In School

## In-School Deferment



Equifax Exhibit B

## 5.2 US DEPARTMENT OF EDUCATION

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| **Account Number** | xxxxxx 62 | **Reported Balance** | $3,687 |
| **Account Status** | PAYS_AS_AGREED | **Available Credit** | |

### Account History

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | | | | | | | | $3,310 | $3,257 | $3,203 | $3,152 | $3,098 |
| 2022 | $3,044 | $2,990 | $2,936 | $2,882 | $2,828 | $2,774 | $2,723 | $2,671 | $2,619 | $2,569 | $2,516 | $2,465 |
| 2023 | $2,415 | $2,362 | $2,310 | $2,258 | $2,205 | $2,152 | | | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | | | | | | | | $61 | $61 | $61 | $61 | $61 |
| 2022 | $61 | $61 | $61 | $61 | $61 | $61 | $61 | $62 | $62 | $64 | $64 | $64 |
| 2023 | $66 | $66 | $66 | $66 | $66 | $66 | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | | | | | | | | $61 | $61 | $61 | $61 | $61 |

Other

| Year | | | | | | | | | | | | |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2020 | | C | C | C | C | C | C | C | C | | C | C |
| 2019 | | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| ✔ Paid on Time | **30** 30 Days Past Due | **60** 60 Days Past Due | **90** 90 Days Past Due |
| **120** 120 Days Past Due | | | |
| **150** 150 Days Past Due | **180** 180 Days Past Due | **V** Voluntary Surrender | **F** Foreclosure |
| **C** Collection Account | | | |
| **CO** Charge-Off | **B** Included in Bankruptcy | **R** Repossession | **TN** Too New to Rate |
| No Data Available | | | |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| **High Credit** | $3,640 | **Owner** | INDIVIDUAL |
| **Credit Limit** | | **Account Type** | OTHER |
| **Terms Frequency** | UNKNOWN | **Term Duration** | 0 |
| **Balance** | $3,687 | **Date Opened** | Nov 06, 2019 |
| **Amount Past Due** | | **Date Reported** | Aug 01, 2023 |
| **Actual Payment Amount** | | **Date of Last Payment** | |
| **Date of Last Activity** | | **Scheduled Payment Amount** | |
| **Months Reviewed** | 40 | **Delinquency First Reported** | |
| **Activity Designator** | | **Creditor Classification** | EDUCATIONAL |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Education Loan | **Date Closed** | |
| **Date of First Delinquency** | | | |

## Comments

Fixed rate

## Contact

US DEPARTMENT OF EDUCATION
2505 S FINLEY RD
LOMBARD, IL  60148
1-866-324-1214

Other

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | $61 | $61 | $61 | $61 | $61 | $61 | $61 | $62 | $62 | $62 | $64 | $64 |
| 2023 | $64 | $66 | $66 | $66 | $66 | $66 | | | | | | |

## High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | | | | | | | | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 |
| 2022 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 |
| 2023 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | | | | | | |

## Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |

## Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ▒ | ▒ | ▒ | ▒ | ▒ | ▒ | ▒ |
| 2022 | C | C | C | C | C | C | ▒ | ▒ | C | C | C | ✔ |

Other

| May 2023 | June 2023 | July 2023 | August 2023 | September 2023 | October 2023 |
|---|---|---|---|---|---|
| Balance | Balance | Balance | Balance | Balance | Balance |
| - - - | $3,687 | - - - | $3,687 | $3,687 | $3,691 |
| Past Due | Past Due | Past Due | Past Due | Past Due | Past Due |
| - - - | $0 | - - - | $0 | $0 | $0 |
| Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid |
| - - - | $0 | - - - | $0 | $0 | $0 |
| Rating | Rating | Rating | Rating | Rating | Rating |
| **OK** | **OK** | **OK** | **OK** | **OK** | **OK** |

| November 2023 | December 2023 | January 2024 | February 2024 | March 2024 | April 2024 |
|---|---|---|---|---|---|
| Balance | Balance | Balance | Balance | Balance | Balance |
| $3,701 | $3,711 | $3,723 | $3,735 | $3,745 | $3,755 |
| Past Due | Past Due | Past Due | Past Due | Past Due | Past Due |
| $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid |
| $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | Rating | Rating | Rating | Rating | Rating |
| **OK** | **OK** | **OK** | **OK** | **OK** | **OK** |

| May 2024 | June 2024 | July 2024 |
|---|---|---|
| Balance | Balance | Balance |
| $3,767 | $3,777 | $3,800 |
| Past Due | Past Due | Past Due |
| $0 | $0 | $0 |
| Amount Paid | Amount Paid | Amount Paid |
| $0 | $0 | $0 |
| Rating | Rating | Rating |
| **OK** | **OK** | **OK** |

Total Months: 57

---

**US DEPT OF EDUCATION** 5130****

## Account Information

| | |
|---|---|
| **Address** | 3130 Fairview Park Drive,Suite 800 Falls Church, VA 23323 |
| **Phone** | (800) 621-3115 |
| **Date Opened** | 11/06/2019 |
| **Responsibility** | Individual Account |
| **Account Type** | Open Account |
| **Loan Type** | STUDENT LOAN |
| **Balance** | $1,927 |

**Date Updated** 07/27/2024

**Payment Received** $0

**Original Creditor** DIRECT LOANS

**Pay Status** Current; Paid or Paying as Agreed

**High Balance (Hist.)** High balance of $1,833 from 07/2023 to 07/2024

## Payment History

| February 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - |
| Rating<br>**COL** | Rating<br>**COL** | Rating<br>**COL** | Rating<br>**COL** | Rating<br>**COL** | Rating<br>**COL** |

| August 2020 | September 2020 | October 2020 | November 2020 | December 2020 | January 2021 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - |
| Rating<br>**COL** | Rating<br>**COL** | Rating<br>**COL** | Rating<br>**COL** | Rating<br>**COL** | Rating<br>**COL** |

| February 2021 | March 2021 | April 2021 | May 2021 | June 2021 | July 2021 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - |
| Rating<br>**COL** | Rating<br>**COL** | Rating<br>**COL** | Rating<br>**COL** | Rating<br>**COL** | Rating<br>**COL** |

| August 2021 | September 2021 | October 2021 | November 2021 | December 2021 | January 2022 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - |
| Rating **COL** | Rating **COL** | Rating **COL** | Rating **COL** | Rating **COL** | Rating **COL** |

| February 2022 | March 2022 | April 2022 | May 2022 | June 2022 | July 2022 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - |
| Rating **COL** | Rating **COL** | Rating **COL** | Rating **COL** | Rating **COL** | Rating **COL** |

| August 2022 | September 2022 | October 2022 | November 2022 | December 2022 | January 2023 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - |
| Rating **COL** | Rating **COL** | Rating **COL** | Rating **OK** | Rating **OK** | Rating **OK** |

| February 2023 | March 2023 | April 2023 | May 2023 | June 2023 | July 2023 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance $1,860 |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due $0 |
| Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid $0 |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

**experian.**

---

**U S DEPT OF ED/GSL/ATL**                                                         $1,933

33 potentially negative months                              Balance updated **Aug 23, 2024**

### 📑 Account info

| | | | |
|---|---|---|---|
| Account name | **U S DEPT OF ED/GSL/ATL** | Balance | $1,933 |
| Account number | **513063XX** | Balance updated | **Aug 23, 2024** |
| Original creditor | **DIRECT LOANS** | Original balance | $1,833 |
| Company sold | - | Paid off | 0% |
| Account type | **Education** | Monthly payment | $0 |
| Date opened | **Nov 06, 2019** | Terms | **1 Month** |
| Open/closed | **Open** | Responsibility | **Individual** |
| Status | **Open.** | Your statement | - |
| Status updated | **Nov 2022** | | |

### 💲 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | C | C | C | C | C | C | C | C | C | C | ✓ | ✓ |
| 2021 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2020 | - | C | C | C | C | C | C | C | C | C | C | C |

✓ Current / Terms met          C Collection          - Data Unavailable

### 📇 Contact info

| | |
|---|---|
| Address | **PO BOX 4222 IOWA CITY, IA 52244** |
| Phone number | - |

### 📄 Comments

-

---

Location
100 CROSS STREET 202
SAN LUIS OBISPO, CA 93401

Requested On

Phone

---

**MONEVO INC**

Location
8910 UNIVERSITY CNTR LANE
SUITE 400
SAN DIEGO, CA 92122

Requested On
08/14/2024, 01/29/2024, 02/16/2023

Phone
(619) 330-7083

---

**JEREMIAH MCCALL via TRANSUNION INTERACTIVE**

Location
100 CROSS STREET 202
SAN LUIS OBISPO, CA 93401

Requested On
08/14/2024, 08/03/2024,
07/27/2024, 07/26/2024, 07/19/2024,
07/12/2024, 07/05/2024, 06/28/2024

Phone
(844) 580-6816

---

**WEBBANKKLARNA**

Location
629 NORTH HIGH STREET
SUITE 300
COLUMBUS, OH 43215

Requested On
08/08/2024, 12/10/2023

Phone
(844) 552-7621

---

**CONSUMERINFO via CONSUMER INFO.COM**

Location
PO BOX 2390
ALLEN, TX 75013

Requested On
07/22/2024

Phone
(877) 481-6826

---

**JEREMIAH MCCALL via TRANSUNION INTERACTIVE**

Location
100 CROSS STREET 202
SAN LUIS OBISPO, CA 93401

Requested On
06/17/2024

Phone
(844) 580-6816

---

**FACTACT FREE DISCLOSURE**

Location
P O BOX 1000
CHESTER, PA 19016

Requested On
05/10/2024, 08/17/2023,
08/07/2023, 07/05/2023

Phone
(800) 888-4213

---

**P128724660E315366884 via CONSUMERINFO**

Location
535 ANTON BLVD SUITE 100
COSTA MESA, CA 92626

Requested On
04/09/2024, 04/08/2024

Phone
(949) 567-3762

---

**TURO INC.**

Location
667 MISSION STREET
4TH FLOOR
SAN FRANCISCO, CA 94105

Requested On
03/15/2024, 03/15/2024

Phone
(866) 735-2901

---

**CAPITAL ONE**

Location
PO BOX 30281
SALT LAKE CITY, UT 84130

Requested On
03/14/2024

Phone
(800) 955-7070

---

**CAPITAL ONE**

Location
15070 CAPITAL ONE DR
RICHMOND, VA 23238

Requested On
03/14/2024

Phone
(800) 955-7070

---

**CBE GROUP**

Location
PO BOX 2535
WATERLOO, IA 50704

Requested On

Phone

---

**ONEMAIN FINANCIAL**

Location
P.O. BOX 3327
EVANSVILLE, IN 47706

Requested On
01/29/2024, 02/15/2023, 02/13/2023

Phone
(844) 298-9773

---

**AMERICAN FIRST FINANCE**

Location
PO BOX 565848
DALLAS, TX 75356

Requested On
12/23/2023

Phone
(855) 721-1188

---

**AARON S INC**

Location
400 GALLERIA PKWY SE
SUITE 300
ATLANTA, GA 30339

Requested On
11/14/2023

Phone
(888) 333-3785

---

**VERIZON WIRELESS**

Location
1 VERIZON PLACE
ALPHARETTA, GA 30004

Requested On
06/23/2023

Phone
(800) 837-4966

---

**TRANSUNION INTERACTIVE**

Location
100 CROSS STREET
SUITE 202
SAN LUIS OBISPO, CA 93401

Requested On
05/01/2023

Phone
(805) 782-8282

---

**QUINSTREET**

Location
950 TOWER LANE
FOSTER CITY, CA 94404

Requested On
02/16/2023

Phone
(650) 578-7700

---

**UPGRADE**

Location
275 BATTERY ST SUITE 2300
SAN FRANCISCO, CA 94111

Requested On
02/13/2023, 10/10/2022, 08/19/2022

Phone
(855) 997-3100

---

**NATIONAL GENERAL INS**

Location
500 W 5TH ST
WINSTON SALEM, NC 27101

Requested On
12/02/2022

Phone
(877) 468-3466

---

**NATIONAL GENERAL INS**

Location
500 W 5TH ST
WINSTON SALEM, NC 27101

Requested On
12/02/2022

Phone
(877) 468-3466

---

**WEBBANKKLARNA**

Location
629 N HIGH ST
STE 300
COLUMBUS, OH 43215

Requested On
11/12/2022

Phone
(844) 552-7621

---

**FTFINE DAY FUNDING**

C

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 457<br>KESHENA, WI 54135 | 10/10/2022 | (844) 941-0035 |

**FTFINE DAY FUNDING**

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 457<br>KESHENA, WI 54135 | 10/10/2022, 10/10/2022 | (844) 941-0035 |

**FTCPCWA POWER FINANCE**

| Location | Requested On | Phone |
|---|---|---|
| 5301 HOLLISTER<br>SUITE 100<br>HOUSTON, TX 77040 | 10/10/2022, 10/10/2022 | (713) 728-7141 |

**FTNISWI**

| Location | Requested On | Phone |
|---|---|---|
| P.O. BOX 542<br>LAC DU FLAMBEAU, WI 54538 | 10/10/2022 | (877) 558-1999 |

**FACTORTRUST INCNISWI DBA**

| Location | Requested On | Phone |
|---|---|---|
| P.O. BOX 542<br>LAC DU FLAMBEAU, WI 54538 | 10/10/2022, 10/10/2022 | (877) 558-1999 |

**OPORTUN INCPROGRESO FIN**

| Location | Requested On | Phone |
|---|---|---|
| 1600 SEAPORT BLVD<br>SUITE 250<br>REDWOOD CITY, CA 94063 | 10/10/2022 | (866) 488-6090 |

**REPUBLIC BANKNETCREDIT**

| Location | Requested On | Phone |
|---|---|---|
| 175 W JACKSON BLVD<br>SUITE 1000<br>CHICAGO, IL 60606 | 10/10/2022 | (877) 392-2014 |

**UPSTART NETWORK INC**

| Location | Requested On | Phone |
|---|---|---|
| 2 CIRCLE STAR WAY<br>2ND FLOOR<br>SAN CARLOS, CA 94070 | 08/19/2022 | (650) 204-1000 |

**PROSPERWEBBANK**

| Location | Requested On | Phone |
|---|---|---|
| PROSPER WEBBANK<br>221 MAIN STREET SUITE 300<br>SAN FRANCISCO, CA 94105 | 08/19/2022 | (866) 615-6319 |

## Additional Information

The following disclosure of information might pertain to you. The additional information may include Special Messages, Office of Foreign Assets Control ("OFAC") Potential Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, Third Party Supplemental Information and/or Consumer Contributed Financial Information. Authorized parties may also receive the additional information below from TransUnion.

### Third Party Supplemental Information

In addition to the information maintained in the above credit report, TransUnion will occasionally contact a third party for supplemental information in connection with a particular transaction in response to a request from a particular customer. Listed below is the supplemental data that TransUnion obtained from such third parties, as well as the name(s) of the TransUnion customer for whom it was obtained.

# 8. Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

## Hard Inquiries

Inquiries that may impact your credit rating/score
These are inquiries made by companies with whom you have applied for a loan or credit. They may remain on your file up to 2 years.

| Date | Company | Request Originator |
|------|---------|-------------------|
| Aug 08, 2022 | ADONIS AUTO GROUP | |
| | 804 N WATSON<br>ARLINGTON, TX  76011 | |
| | 1-817-633-7008 | |
| Mar 24, 2022 | AMERICREDIT FINANCIAL SERVICES | |
| | 200 BAILEY AVE<br>FORT WORTH, TX  76107 | |
| | 1-817-302-7424 | |
| Mar 24, 2022 | GLOBAL LENDING SERVICES LLC | |
| | 1200 BROOKFIELD<br>GREENVILLE, SC  29607 | |
| | 1-877-298-1345 | |

## Soft Inquiries

Inquiries that do not impact your credit rating/score
These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.

| Date | Company | Request Originator | Description |
|------|---------|-------------------|-------------|
| Aug 17, 2023 | TRUSTED ID/EQUIFAX | | ID Report |
| Aug 17, 2023 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 16, 2023 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 15, 2023 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 12, 2023 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 12, 2023 | CREDIT KARMA, INC | | Direct to Consumer Report |

| | | |
|---|---|---|
| Aug 10, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 10, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 08, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 08, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 07, 2023 | EQUIFAX | Credit Report |
| Aug 06, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 06, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 05, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 04, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 03, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 03, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 02, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 01, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 01, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 01, 2023 | EQUIFAX AUTO MTNC UP | Automated Consumer Interview System |
| Jul 30, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 29, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 28, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 27, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 27, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 26, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 25, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 20, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 19, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 19, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 18, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 15, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 15, 2023 | EQUIFAX INFORMATION SVCS | Automated Consumer Interview System |
| Jul 15, 2023 | EQUIFAX INFORMATION SVCS | Automated Consumer Interview System |
| Jul 15, 2023 | EQUIFAX INFORMATION SVCS | Automated Consumer Interview System |

| May 26, 2023 | CIC/EXPERIAN RPTS | Direct to Consumer Report |
|---|---|---|
| May 25, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| May 01, 2023 | TRANSUNION INTERACTIVE INC | Direct to Consumer Report |
| Apr 13, 2023 | CREDIT KARMA, INC | Direct to Consumer Report |
| Apr 11, 2023 | FORTIVA/TBOM | Prequalification for Credit Card |
| Dec 06, 2022 | BRISTOL WEST INSURANCE COMPANY | Insurance Inquiry |
| Dec 06, 2022 | VERIZON | Account Review Inquiry |
| Nov 24, 2022 | CREDIT KARMA, INC | Direct to Consumer Report |
| Oct 07, 2022 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jan 04, 2022 | EQUIFAX INFORMATION SVCS | Automated Consumer Interview System |
| Jan 04, 2022 | EQUIFAX INFORMATION SVCS | Automated Consumer Interview System |
| Jan 04, 2022 | EQUIFAX INFORMATION SVCS | Automated Consumer Interview System |
| Jan 04, 2022 | EQUIFAX INFORMATION SVCS | Automated Consumer Interview System |
| Jan 04, 2022 | EQUIFAX INFORMATION SVCS | Automated Consumer Interview System |
| Dec 13, 2021 | EQUIFAX AUTO MTNC UP | Automated Consumer Interview System |
| Dec 13, 2021 | EQUIFAX - CUSTOMER ACCTS | Automated Consumer Interview System |
| Dec 09, 2021 | EQUIFAX - CUSTOMER ACCTS | Automated Consumer Interview System |
| Dec 09, 2021 | EQUIFAX INFORMATION SVCS | Automated Consumer Interview System |

## Hard Inquiries

Hard Inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**TEXANS CREDIT UNION**
Inquired on 08/27/2024

777 E CAMPBELL RD
RICHARDSON TX, 75081

Credit Granting. This inquiry is scheduled to continue on record until Sep 2026.

**JPMCB CARD**
Inquired on 07/10/2024

PO BOX 15077
WILMINGTON DE, 19850

Credit card with 0 Months repayment terms. This inquiry is scheduled to continue on record until Aug 2026.

**CAP ONE NA**
Inquired on 03/14/2024

PO BOX 30281 SALT LAKE CITY UT, 84130

Unspecified. This inquiry is scheduled to continue on record until Apr 2026.

**TEXANS CREDIT UNION**
Inquired on 03/13/2024

777 E CAMPBELL RD
RICHARDSON TX, 75081

Credit Granting. This inquiry is scheduled to continue on record until Apr 2026.

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit score.

**ACIMA DIGITAL LLC**
Inquired on 12/11/2023

13907 S MINUTEMAN DR,
DRAPER UT 84020

**ACIMA DIGITAL LLC**
Inquired on 12/11/2023

9815 S MONROE ST,
SANDY UT 84070
(801) 297-1920

**ACIMA DIGITAL LLC**
Inquired on 12/11/2023

13907 S MINUTEMAN DR,
DRAPER UT 84020

**AFFIRM**
Inquired on 12/10/2023

650 CALIFORNIA ST FL 12,
SAN FRANCISCO CA 94108
(855) 423-3729

**ASPIRE/ATLANTICUS/TBOM**
Inquired on 06/07/2024

5 CONCOURSE PKWY STE 400,
ATLANTA GA 30328

**CAPITAL ONE**
Inquired on 03/14/2024

15000 CAPITAL ONE DR,
RICHMOND VA 23238

**CCB RISE**
Inquired on 08/23/2024,
07/09/2024 and 06/12/2024

3280 N UNIVERSITY AVE,
PROVO UT 84604
(866) 580-1226

**CLARITY/AANIIIH NAKODA FIANANC**
Inquired on
04/02/2024 and 01/22/2024

353 OLD HAYS RD,
HAYS MT 59527

**CLARITY/ACIMA DIGITAL**
Inquired on 12/11/2023

13907 S MINUTEMAN DR,
DRAPER UT 84020

**CLARITY/ACIMA DIGITAL**
Inquired on 12/11/2023

13907 S MINUTEMAN DR,
DRAPER UT 84020

**CLARITY/AMERICAN FIRST F**
Inquired on 12/23/2023

3515 N RIDGE RD STE 200,
WICHITA KS 67205

**CLARITY/AMERICANFIRST FIN**
Inquired on 12/23/2023

3515 N RIDGE RD STE 200,
WICHITA KS 67205

CLARITY/AMERICANFIRST FIN
Inquired on 12/23/2023

3515 N RIDGE RD STE 200,
WICHITA KS 67205

CLARITY/BOOST FINANCE
Inquired on 01/13/2024

5904 SUMMERFIELD DR,
TEXARKANA TX 75503

CLARITY/COMMUNITY LOANS OF AM
Inquired on 02/28/2024

8601 DUNWOODY PL STE 406,
ATLANTA GA 30350

CLARITY/CREDIT NINJA
Inquired on 08/16/2024,
07/08/2024, 05/28/2024,
04/15/2024,
03/22/2024 and 02/09/2024

222 S RIVERSIDE PLZ STE 2200,
CHICAGO IL 60606

CLARITY/EMPWRTHRV-FNWISE
Inquired on 09/19/2024

50 CALIFORNIA ST FL 7,
SAN FRANCISCO CA 94111

CLARITY/FEB-OPPLONS
Inquired on 01/13/2024

2150 S 1300 E STE 400,
SALT LAKE CITY UT 84106

CLARITY/KAFENE INC
Inquired on 12/11/2023

18 E 50TH ST FL 6,
NEW YORK NY 10022

CLARITY/KAFENE INC
Inquired on 12/11/2023

18 E 50TH ST FL 6,
NEW YORK NY 10022

CLARITY/KAFENE INC
Inquired on 12/11/2023

18 E 50TH ST FL 6,
NEW YORK NY 10022

CLARITY/WEST CREEK DBA K
Inquired on 12/11/2023

4951 LAKE BROOK DR STE 35,
GLEN ALLEN VA 23060

On behalf of WEST CREEK FINANCIAL I28

CLARITY/WEST CREEK DBA K
Inquired on 12/11/2023

4951 LAKE BROOK DR STE 350,
GLEN ALLEN VA 23060

CONN APPLIANCES INC
Inquired on 04/26/2024

2445 TECHNOLOGY FOREST BLVD800
THE WOODLANDS TX 77381

CONSUMERINFO.COM
Inquired on 04/01/2024

475 ANTON BLVD,
COSTA MESA CA 92626

CONTINENTAL FINANCE COMP
Inquired on
06/14/2024 and 03/27/2024

4550 NEW LINDEN HILL RD #400,
WILMINGTON DE 19808

CREDENCE RESOURCE MANAGE
Inquired on 09/23/2023

17000 DALLAS PKWY STE 204,
DALLAS TX 75248
(855) 876-5380

CREDIT CONTROL, LLC
Inquired on 07/11/2024

5757 PHANTOM DR STE 330,
HAZELWOOD MO 63042
(314) 442-7400

CREDIT KARMA
Inquired on 09/22/2024,
09/21/2024, 09/20/2024,
09/19/2024, 09/18/2024,
09/16/2024, 09/14/2024,
09/13/2024, 09/12/2024,
09/10/2024, 09/09/2024,
09/08/2024, 09/07/2024,
09/06/2024, 09/05/2024,
09/04/2024, 09/03/2024,
09/02/2024, 09/01/2024

CREDIT KARMA
Inquired on 09/18/2024,
09/14/2024, 09/11/2024,
09/07/2024, 09/04/2024,
08/31/2024, 08/28/2024,
08/24/2024, 08/21/2024,
08/17/2024, 08/14/2024,
08/10/2024, 08/07/2024,
08/03/2024, 07/31/2024,
07/27/2024, 07/24/2024,
07/20/2024, 07/17/2024

CREDIT KARMA INC
Inquired on 08/27/2024,
08/03/2024, 07/10/2024,
03/14/2024 and 03/13/2024

760 MARKET ST FL 2,
SAN FRANCISCO CA 94102

CREDIT ONE BANK
Inquired on 08/19/2024,
07/16/2024, 06/19/2024,
05/14/2024,
04/16/2024 and 03/16/2024

6801 S CIMARRON RD,
LAS VEGAS NV 89113
(415) 459-6100



**FIRST PREMIER BANK**
Inquired on
08/08/2024 and 06/05/202
4

3820 N LOUISE AVE.
SIOUX FALLS SD 57107
(800) 987-5521

**ID ME INC**
Inquired on 02/02/2024

8281 GREENSBORO DR STE
600.
TYSONS CORNER VA
22102
(866) 775-4363

**JPMCB**
Inquired on 08/01/2024,
07/01/2024, 05/31/2024,
05/01/2024, 04/01/2024,
03/01/2024, 02/01/2024,
01/01/2024, 12/01/2023,
11/01/2023 and 10/01/202
3

PO BOX 15298.
WILMINGTON DE 19850
(800) 432-3117

**JPMCB CARD**
Inquired on 07/10/2024

PO BOX 15298.
WILMINGTON DE 19850
(800) 432-3117

**JPMCB CJ**
Inquired on 09/05/2024,
08/30/2024, 08/27/2024,
08/01/2024, 07/03/2024,
06/03/2024, 05/06/2024,
04/08/2024, 03/27/2024,
03/14/2024, 03/13/2024,
03/11/2024, 02/24/2024,
02/23/2024, 02/12/2024,
01/15/2024, 12/18/2023,
11/24/2023,
10/24/2023 and 09/26/202
3

PO BOX 15298.
WILMINGTON DE 19850
(888) 401-0550

**LENDINGCLUB CORP**
Inquired on 09/04/2024

595 MARKET ST # 200.
SAN FRANCISCO CA 94105

**LENDINGCLUB CORP**
Inquired on 09/04/2024

595 MARKET ST STE 200.
SAN FRANCISCO CA 94105

**LN/DATALAB/PROGRESSIV
E**
Inquired on
07/11/2024 and 06/06/202
4

6300 WILSON MILLS RD.
MAYFIELD VILLAGE OH
44143

**ONEMAIN**
Inquired on 09/09/2024,
08/04/2024,
05/27/2024 and 01/21/202
4

PO BOX 1010.
EVANSVILLE IN 47706
(844) 298-9773

**ONEMAIN**
Inquired on 01/29/2024

PO BOX 1010.
EVANSVILLE IN 47706
(844) 298-9773

**PROGRESSIVE INSURANCE**
Inquired on 08/03/2024

6300 WILSON MILLS RD.
CLEVELAND OH 44143

**SEEN FINANCE INC**
Inquired on 07/09/2024

1193 W 2400 S.
WEST VALLEY CITY UT
84119
(833) 923-7336

**SPEEDY CASH**
Inquired on
08/07/2024 and 02/21/202
4

PO BOX 550.
CLEVELAND TN 37364
(888) 333-1360

**SSA OPTION 6**
Inquired on 11/24/2023

6401 SECURITY BLVD.
BALTIMORE MD 21235

**TURNSTILE CAPITAL
MANAGE**
Inquired on 05/08/2024

402 W BROADWAY STE
2000.
SAN DIEGO CA 92101
(619) 684-7600

3 - 2 4 C V 2 4 4 1 - L

JS 44  (Rev. 04/21) (TXND 4/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| Jeremiah Mccall        Mccallinfo1993@gmail.com<br>2045 S Forum Dr Apt 4211 Grand Prarie, Tx 75052 | Equifax Information Services LLC, Transunion LLC,<br>Experian Information Solutions Inc |

**(b)**  County of Residence of First Listed Plaintiff      Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant     Dallas
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**   Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

SEP 2 7 2024
KCB

| II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)* | III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff* |
|---|---|

II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
Plaintiff

☒ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place<br>of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>   & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>   Student Loans<br>   (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>   of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>   Liability<br>☐ 320 Assault, Libel &<br>   Slander<br>☐ 330 Federal Employers'<br>   Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>   Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>   Product Liability<br>☐ 360 Other Personal<br>   Injury<br>☐ 362 Personal Injury -<br>   Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury  -<br>   Product Liability<br>☐ 367 Health Care/<br>   Pharmaceutical<br>   Personal Injury<br>   Product Liability<br>☐ 368 Asbestos Personal<br>   Injury Product<br>   Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>   Property Damage<br>☐ 385 Property Damage<br>   Product Liability | ☐ 625 Drug Related Seizure<br>   of Property 21 USC 881<br>☐ 690 Other<br><br><br><br><br><br><br>**LABOR**<br>☐ 710 Fair Labor Standards<br>   Act<br>☐ 720 Labor/Management<br>   Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>   Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br>   Income Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>   28 USC 157<br>**INTELLECTUAL<br>PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated<br>   New Drug Application<br>☐ 840 Trademark<br>☐ 880 Defend Trade Secrets<br>   Act of 2016<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC<br>   3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>   Corrupt Organizations<br>☒ 480 Consumer Credit<br>   (15 USC 1681 or 1692)<br>☐ 485 Telephone Consumer<br>   Protection Act<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br>   Exchange<br>☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>   Accommodations<br>☐ 445 Amer. w/Disabilities -<br>   Employment<br>☐ 446 Amer. w/Disabilities -<br>   Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>   Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>   Conditions of<br>   Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>   Actions | ☐ 870 Taxes (U.S. Plaintiff<br>   or Defendant)<br>☐ 871 IRS—Third Party<br>   26 USC 7609 | ☐ 895 Freedom of Information<br>   Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure<br>   Act/Review or Appeal of<br>   Agency Decision<br>☐ 950 Constitutionality of<br>   State Statutes |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3   Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
Another District
*(specify)*

☐ 6  Multidistrict
Litigation -
Transfer

☐ 8  Multidistrict
Litigation -
Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1681i and 15 USC 1681e(b)
Brief description of cause:
Violations of the Fair Credit Reporting Act

| VII.  REQUESTED IN<br>   COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION<br>   UNDER RULE 23, F.R.Cv.P. | DEMAND $ | CHECK YES only if demanded in complaint:<br>JURY DEMAND:   ☒ Yes   ☐ No |
|---|---|---|---|

VIII.  RELATED CASE(S)
IF ANY              *(See instructions):*
JUDGE _____      DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 09/23/2024 | Jeremiah Mccall |

**FOR OFFICE USE ONLY**

RECEIPT # _____     AMOUNT _____          APPLYING IFP _____          JUDGE _____          MAG. JUDGE _____


# UNITED STATES POSTAL SERVICE®


**EMS**

X-RAY

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



RECEIVED
SEP 27 2024
CLERK U.S. District Court
NORTHERN DISTRICT OF TX

USPS.COM/PICKUP

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weig

---

**PRIORITY**

**E**

US POSTAGE & FEES PAID
PRIORITY MAIL EXPRESS
ZONE 1 FLAT-RATE ENVELOPE
Commercial

0625000148480
17300947
FROM 75052

stamps
endicia
09/23/2024

## PRIORITY MAIL EXPRESS 1-DAY™

JEREMIAH MCCALL                    **0007**
JEREMIAH
2045 S FORUM DR APT 4211        (469) 404-2061
GRAND PRAIRIE TX 75052-1228

WAIVER OF SIGNATURE

SHIP    UNITED STATES DISTRICT COURT CLERKS OFFICE
TO:     1100 COMMERCE ST STE 1452
        DALLAS TX 75242-1310

### USPS TRACKING #



9470 1111 0550 1204 0698 31

RED