UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS

| | |
|---|---|
| **JEREMIAH MCCALL**<br><br>**Plaintiff,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES LLC, TRANSUNION LLC, and EXPERIAN INFORMATION SOLUTIONS INC,**<br><br>**Defendants.** | Civil Action No. 3:24-CV-02441-L-BW |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Jeremiah McCall ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant Experian"), through its respective counsel, hereby stipulate to an extension of the deadline for Defendant Experian to file its responsive pleadings to Plaintiff's Complaint until November 7, 2024.

Dated: October 21, 2024                    Respectfully submitted,


*/s/ Jeremiah McCall*                        */s/ Steven R. Zahn*
Jeremiah McCall                              Steven R. Zahn 43332-VA
2045 S. Forum Dr. Apt 4211                   Troutman Pepper Hamilton Sanders LLP
Grand Prairie, TX 75052                      222 Central Park Avenue, Suite 2000
(469) 404-2061                               Virginia Beach, VA 23462
Mccallinfo1993@gmail.com                     Tel:    757.687.7589
                                             Fax:    757.687.7510
*Pro Se Plaintiff*                           steve.zahn@troutman.com

                                             *Counsel for Defendant Experian Information Solutions, Inc.*

SO ORDERED

_____J.

DATE: _____, 2024

## **CERTIFICATE OF SERVICE**

 I hereby certify that on October 21, 2024, I caused a true and correct copy of the foregoing pleading to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record. I also certify that a true and correct copy of the foregoing pleading was mailed to the following party:

 Jeremiah McCall
 2045 S Forum Dr
 Apt 4211
 Grand Prairie, TX 75052

 *Pro se Plaintiff*

            */s/ Steve R. Zahn*
            Steve R. Zahn 43332-VA

            *Counsel for Defendant Experian Information Solutions, Inc.*