IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEREMIAH MCCALL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; and EXPERIAN INFORMATION SOLUTIONS INC;<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§　Case No. 3:24-CV-2441-L-BW<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER GRANTING DEFENDANT TRANS UNION, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

　　　　This matter is before the Court on Defendant Trans Union LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint.  (Dkt. No. 10.)

　　　　The Court has considered Trans Union LLC's Motion, and it is so ORDERED that the Motion is GRANTED.  Trans Union shall file its Answer or otherwise respond to Plaintiff's Complaint no later than November 8, 2024.

　　　　**SO ORDERED** on October 22, 2024.

_____
HONORABLE BRIAN MCKAY
UNITED STATES MAGISTRATE JUDGE

1