**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

JEREMIAH McCALL,                                  §
                                                  §
             Plaintiff                §
                                                  §
    v.                                          §
                                                  §       Case No. 3:24-cv-02441-L-BW
EXPERIAN INFORMATION SOLUTIONS                    §
INC., TRANS UNION LLC, EQUIFAX                    §    **NOTICE OF SETTLEMENT AS TO**
INFORMATION SERVICES LLC,                         §    **EQUIFAX INFORMATION**
                                                  §    **SERVICES LLC ONLY**
             Defendants.              §
                                                  §

## NOTICE OF SETTLEMENT

COME NOW, Defendant Equifax Information Services, LLC ("Equifax"), and hereby notifies the Court that *pro se* Plaintiff Jeremiah McCall and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Defendant Equifax. Plaintiff's claims as to the remaining Defendants remain before the Court. Equifax requests that the Court vacate all pending deadlines in this matter as to Equifax only. Equifax also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

DATED:  January 8, 2025                Respectfully submitted,

                                       SEYFARTH SHAW LLP

                                       By:  */s/ Michael A. Merar*
                                           Michael A. Merar, Bar No. 24103878
                                           mamerar@seyfarth.com
                                           SEYFARTH SHAW LLP
                                           2323 Ross Ave., Suite 1660
                                           Dallas, Texas  75201
                                           Telephone:  (469) 608-6700
                                           Facsimile:  (713) 225-2340
                                           *Counsel for Defendant*
                                           *Equifax Information Services LLC*

315571602v.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2025, I presented the foregoing NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES LLC ONLY with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

> Jeremiah McCall, *Pro Se Plaintiff*
> 2045 S. Forum Dr., Apt. 4211
> Grand Prairie, TX 75052
> Telephone: 469-404-2061
> Email: Mccallinfo1993@gmail.com

> */s/ Michael A. Merar*
> Michael A. Merar
> *Counsel for Defendant*
> *Equifax Information Services LLC*

315571602v.1