UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS

| | |
|---|---|
| JEREMIAH MCCALL<br><br>**Plaintiff,**<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC, TRANSUNION LLC, and EQUIFAX INFORMATION SERVICES LLC,<br><br>**Defendants.** | Civil Action No. 3:24-CV-02441-L-BW |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
CERTIFICATE OF INTERESTED PERSONS AND
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Experian Information Solutions, Inc. ("Experian") hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

4. Parent Companies: The ultimate parent company of Experian is **<u>Experian plc</u>**.

5. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of **<u>Experian plc</u>** that are not wholly owned and are not publicly traded:

    (a)    Central Source LLC

    (b)    New Management Services LLC

    (c)    Online Data Exchange LLC

    (d)    Opt-Out Services LLC

    (e)    VantageScore Solutions LLC

6. Publicly Held Companies: **Experian plc** indirectly owns 100 percent of Experian. **Experian plc** is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Date: January 13, 2025

Respectfully submitted,

*/s/ Steven R. Zahn*
Steven R. Zahn 43332-VA
Troutman Pepper Hamilton Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone:    757.687.7589
Facsimile:     757.687.7510
Email: steve.zahn@troutman.com

*Counsel for Defendant Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2025, I caused a true and correct copy of the foregoing pleading to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record. I also certify that a true and correct copy of the foregoing pleading was mailed to the following party:

Jeremiah McCall
2045 S Forum Dr
Apt 4211
Grand Prairie, TX 75052
*Pro se Plaintiff*

>                             */s/ Steve R. Zahn*
>                             Steve R. Zahn 43332-VA
>
>                             *Counsel for Defendant Experian Information Solutions, Inc.*

306461601