IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JEREMIAH McCALL,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:24-CV-2441-L-BW** |
| | § | |
| | § | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES, LLC,** | § § § § | |
| | § | |
| Defendants. | § | |

# ORDER

The court has been notified by Defendant Equifax Information Services, LLC's counsel, Mr. Michael Merar, that Plaintiff and Defendant Equifax Information Services, LLC have settled in principle (Doc. 23), filed January 8, 2025.  These parties are therefore **directed** to file a stipulation or notice of dismissal, or an agreed motion to dismiss with the United States District Clerk's Office by **February 12, 2025**.  The court truly appreciates the efforts of these parties and Magistrate Judge Brian McKay in resolving this portion of the case.  Experian Information Solutions, Inc. and Trans Union LLC **remain** as Defendants in this action.

**It is so ordered** this 13th day of January, 2025.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**