IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEREMIAH McCALL, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-CV-2441-L-BW |
| | § | |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., et al., | § | |
| Defendants. | § | Referred to U.S. Magistrate Judge[1] |

## **ORDER**

On January 8, 2025, Defendant Equifax Information Services, LLC

("Equifax") filed a notice advising that it had reached an agreement with Plaintiff

Jeremiah McCall to settle this case as to Equifax and that these parties are working

to finalize their agreement.  (Dkt. No. 23.)  The Court therefore **VACATES** all

deadlines in the Pretrial Scheduling Order (Dkt. No. 22) with respect to Equifax

only.  McCall and Equifax are ordered to file an appropriate notice of or motion for

dismissal under Fed. R. Civ. P. 41(a) no later than **February 17, 2025**.

**SO ORDERED** on January 13, 2025.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE

---

[1] This pro se action is referred to the undersigned magistrate judge for full case management pursuant to Special Order 3-251.  (Dkt. No. 1.)