IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JEREMIAH McCALL,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:24-CV-2441-L-BW** |
| | § | |
| | § | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC,** | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

## NOTICE

Before the court is the parties' Stipulation of Dismissal with Prejudice as to Equifax Information Services LLC only ("Stipulation") (Doc. 27), filed January 17, 2025. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as the Stipulation has been signed by all parties who have appeared, no court order is required, and this action and all claims asserted by or against these parties are **dismissed with prejudice** as a matter of course. Accordingly, no order of dismissal is necessary, and the court **declines** to issue one. Per the Stipulation, the parties shall bear their own costs and attorney's fees. Experian Information Solutions, Inc. **remains** as **the only** Defendant in this action.

**Filed** this 12th day of February, 2025.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Notice – Solo Page